# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>Plaintiff<br><br>v.<br><br>Nibardo Quezada,<br><br>Defendant | Case No. 2:23-cr-00206-CDS-BNW<br><br>**Order Approving Stipulation to Continue Sentencing Hearing**<br><br>**(Second Request)**<br><br>[ECF No. 191] |

Based on the pending stipulation of the parties, and upon the Court's finding of good cause, IT IS HEREBY ORDERED:

### FINDINGS OF FACT

1. The parties agree to the continuance.
2. The additional time is needed to ensure that counsel for defendant has sufficient time to prepare for sentencing and defendant is able to receive the full benefit of his bargain.

3. Additionally, denial of this request for a continuance could result in a miscarriage of justice. The time requested by this Stipulation is not an "unreasonable delay" of the sentencing. Fed. R. Crim. P. 32(b).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient opportunity to prepare for sentencing, taking into account the exercise of due diligence.

The time from the continuance sought herein is not an "unreasonable delay," for purposes of Fed. R. Crim. P. 32(b).

## ORDER

IT IS HEREBY ORDERED that the sentencing hearing scheduled for December 2, 2025, is vacated and continued to January 6, 2026, at 10:00 a.m. in LV Courtroom 6B.

Dated: November 25, 2025

_____
HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE